In the Matter of the Opening of Ludlow Street in the City of Yonkers.

JAMES B. LUDLOW et al., as Executors of THOMAS W. LUDLOW, Deceased, Appellants; THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Submitted January 5, 1903; decided January 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 542.)

PETRO FAVO, Appellant, *v.* REMINGTON ARMS COMPANY, Respondent.

*Favo* v. *Remington Arms Co.,* 67 App. Div. 414, appeal dismissed.
(Argued January 5, 1903; decided January 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 3, 1902, reversing a judgment in favor of plaintiff entered upon a verdict and order denying a motion for a new trial and granting a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Amasa J. Parker, Jr.,* for motion.

*Andrew Colvin* opposed.

Motion granted and appeal dismissed, with costs accrued in this court and ten dollars costs of motion